```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**REGINALD GRIGGS**                                                **PLAINTIFF**

      v.        Civil No. 13-5133

**OFFICER LIVERMORE, Washington
County Detention Center**                                          **DEFENDANT**

### O R D E R

Now on this 13th day of March, 2014, come on for consideration defendant's **Motion To Dismiss** (document #14) and the **Report And Recommendation Of The Magistrate Judge** (document #22), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #22) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **Motion To Dismiss** (document #14) is **granted in part and denied in part**. The motion is **granted** as to plaintiff's official capacity claim against defendant, and that claim is **dismissed**. The motion is **denied** as to plaintiff's individual claim against defendant, and that claim is **remanded to Magistrate Judge Erin L. Setser** for further proceedings.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE